# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOAN LICHTMAN, | : | No. 48 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ROBERT WALTON, KENNETH | : | |
| VENNERA, THOMAS HEIMBACH, | : | |
| ROBERT KRANDEL, DAVID STECKEL, | : | |
| RICHARD STEVENS, PAUL BARTLE, | : | |
| RONALD BLUESTEIN, JENNY BROWN, | : | |
| CHRISTOPHER CURCI, EMMETT | : | |
| FITZPATRICK, MATT FOLEY AND | : | |
| RICHARD GREENSTEIN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal and Motion to Add Supplemental Statement are **DENIED**.

Justices Donohue and Dougherty did not participate in the consideration or decision of this matter.